|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR04-568-MJP |
|---|---|
| Plaintiff, |   |
| v. | SUMMARY REPORT OF |
|   | U.S. MAGISTRATE JUDGE AS |
| RYAN WAYNE BADGLEY, | TO ALLEGED VIOLATIONS |
|   | OF SUPERVISED RELEASE |
| Defendant. |   |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 15, 2010. The United States was represented by Assistant United States Attorney Steven Hobbs, and the defendant by Michael Filipovic for Chris Kerkering.

The defendant had been charged and convicted of Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B). On or about April 5, 2005, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of 87 months in custody, to be followed by five years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, submit to search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated October 29, 2010, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant of the conditions of his supervised release:

1. Using heroin and cocaine on or before October 7, 2010, in violation of standard condition No. 7.

The defendant was advised of his rights and admitted alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on December 3, 2010 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 15th day of November, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:         Honorable Marsha J. Pechman
    AUSA:                   Steven Hobbs
    Defendant's attorney:   Chris Kerkering
    Probation officer:      Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2