1
2
3
4
5

6 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
7 **AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-568-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| RYAN WAYNE BADGLEY, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on January 12, 2011. The United States was represented by Assistant United States Attorney Steven Hobbs, and the defendant by Kyana Stephens.

The defendant had been charged and convicted of Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B). On or about April 5, 2005, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of 87 months in custody, to be followed by five years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, submit to search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated December 17, 2010, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant of the conditions of his supervised release:

    1.    Consuming alcohol on or before December 13, 2010, in violation of the special condition of supervision which requires the defendant to abstain from the use of alcohol and/or other intoxicants during the term of supervision.

The defendant was advised of his rights and admitted alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on January 28, 2011 at 3:30 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 13th day of January, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
       AUSA:    Steven Hobbs
       Defendant's attorney:    Kyana Stephens
       Probation officer:    Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2