# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN WAYNE BADGLEY,<br><br>Defendant. | NO. CR04-568-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 2, 2012. The United States was represented by Assistant United States Attorney Stephen Hobbs, and the defendant by Tom Hillier for Kyana Stephens. The proceedings were digitally recorded.

The defendant had been charged and convicted of Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). On or about April 5, 2005,, defendant was sentenced by the Honorable Marsha J. Pechman to a term of eighty-seven months in custody, to be followed by five years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse

program, financial disclosure, DNA collection, prohibition from firearms, search, participation in the Moral Reconation Therapy Program and 120 days in a RRC.

In a Petition for Warrant or Summons, dated January 9, 2012, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

1. Using cocaine on or before November 16, 2011, in violation of standard condition No. 7.
2. Consuming alcohol on or about January 8, 2012, in violation of standard condition No. 7.
3. Committing the crime of driving while under the influence and hit and run on or about January 8, 2012, in violation of the special condition that prohibits the defendant from committing any new local, state, or federal crimes.

On January 13, 2012, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On February 2, 2012, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violation 1. As to alleged violations 2 and 3, the evidentiary hearing proceeded based on a submitted police report. After consideration, the Court found defendant to have committed violations 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on February 29, 2012 at 1:30 p.m.

//
//
//
//

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 2nd day of February, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Marsha J. Pechman
     AUSA:                  Stephen Hobbs
     Defendant's attorney:  Kyana Stephens
     Probation officer:     Angela M. McGlynn